1
2
3
4
5
6
7                          **UNITED STATES DISTRICT COURT**

8                              **DISTRICT OF NEVADA**

9

10   STACY KENNEDY DAVIS,                    )        Case No. 2:17-cv-02488-JCM-NJK
                                             )
11                   Plaintiff(s),           )        ORDER
                                             )
12   v.                                      )        (Docket No. 8)
                                             )
13   STATE FARM FIRE AND CASUALTY            )
     COMPANY,                                )
14                                           )
                     Defendant(s).           )
15   _____   )

16          Pending before the Court is a discovery plan seeking special scheduling review. Docket No. 18.

17   The presumptively reasonable discovery period is 180 days calculated from the date of the first

18   defendant's appearance. *See* Local Rule 26-1(b)(1). The discovery plan seeks a longer discovery period

19   apparently because that was the deadline set by the state court prior to removal. *See* Docket No. 8 at 2.

20   The parties have failed to explain why the Court should deviate from its own local rules in this regard.

21   Second, the discovery plan fails to provide the certifications required by Local Rules 26-1(b)(7), (8), and

22   (9). Third, the discovery plan misstates the deadline to seek extensions, indicating that they must be

23   filed at least 21 days before the discovery cutoff. Docket No. 8 at 3. The local rules require the filing

24   of a request to extend at least 21 days before the subject deadline to which extension is sought. *See*

25   Local Rule 26-4. For example, a request to extend the expert disclosure deadline filed 21 days before

26   the discovery cutoff would be untimely, as it was due at least 21 days before the expert disclosure

27   deadline.

28

1      Accordingly, the discovery plan is **DENIED** without prejudice.  An amended discovery plan

2  shall be filed by October 6, 2017.

3          IT IS SO ORDERED.

4          DATED: October 3, 2017

5                                                    _____
                                                     NANCY J. KOPPE
6                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28