# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STACY KENNEDY DAVIS, | Case No. 2:17-cv-02488-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 11) |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant(s). | |

Pending before the Court is an amended discovery plan. Docket No. 11. The Court denied the parties' initial discovery plan because, *inter alia*, "the discovery plan fails to provide the certifications required by Local Rules 26-1(b)(7), (8), and (9)." Docket No. 10. In violation of the Court's order and the local rules, the amended discovery plan suffers the same deficiency. Accordingly, the amended discovery plan is **DENIED** without prejudice. A second amended discovery plan shall be filed by October 6, 2017. Counsel shall ensure that the second amended discovery plan complies with all requirements outlined in the local rules.

IT IS SO ORDERED.

DATED: October 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge